MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY
Nevada Bar No. 01945
Email: mace@macelaw.com
JASON R. MARGOLIS
Nevada Bar No. 12439
Email: jason@macelaw.com
625 South Sixth Street
Las Vegas, Nevada 89101
Tel: (702) 385-9777
Fax: (702) 385-3001
Attorneys for Alison McLeod

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALISON MCLEOD,<br>KEVIN FORREST, and<br>DEBRA MCLEOD<br><br>Defendants. | CASE NO. 2:11-cr-00421-KJD-(PAL)<br><br>**STIPULATION AND ORDER TO CONTINUE FRANKS HEARING, CALENDAR CALL AND TRIAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Daniel G. Bogden, United States Attorney, and Mace J. Yampolsky, Esq. attorney for Defendant, Alison McLeod that the Calendar Call and Franks Hearing, and Trial in the above-captioned matter, currently scheduled for April 16, 2013, at the hour(s) of 9:00 a.m. and 2:00 p.m., respectively, and April 22, 2013 at the hour of 9:00 a.m., be continued for a period of at least thirty days, or a date to be determined by the convenience of the Court.

This Stipulation is entered into for the following reasons:

1. Magistrate Judge Leen granted a Franks Hearing in this case and has scheduled that hearing for April 16, 2013 at 2:00 p.m.;

2. Counsel for both the Defendants and the Government need to continue the Franks hearing until April 30, 2013, due to the inability to coordinate Expert Witnesses availability for all parties by April 16, 2013;

3. Defendants are not currently incarcerated and do not object to the continuance;

1

4. This continuance is not sought for purposes of delay, but instead to allow for the availability of counsel to prepare properly various expert witnesses. Neither counsel for the Government or the Defendant(s) anticipates filing any additional stipulation(s) in this case;

5. Trial in this matter is currently set for April 22, 2013. Should this Stipulation be granted by the Court, counsel for all parties would require additional time to prepare adequately depending upon the ruling of the Court at the Franks Hearing;

6. Denial of this request could result in a miscarriage of justice and the ends of justice served by granting this request outweigh the best interest of the public and the defendant in a speedy trial. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv);

7. This Stipulation to Continue is made in good faith and with good cause, and not for the purposes of delay.

**DATED** this 12th day of April, 2013.

DANIEL G. BOGDEN
UNITED STATES ATTORNEY

By: /s/ DANIEL BOGDEN  
    DANIEL BOGDEN  
    United States Attorney

By: /s/ MACE J. YAMPOLSKY  
    MACE J. YAMPOLSKY  
    Attorney for Defendant  
    ALISON MCLEOD

By: /s/ MICHAEL GRAHN  
    MICHAEL GRAHN  
    Attorney for Defendant  
    DEBRA MCLEOD

By: /s/ PAUL RIDDLE  
    PAUL RIDDLE  
    Attorney for Defendant  
    KEVIN FORREST

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY
Nevada Bar No. 01945
Email: mace@macelaw.com
JASON R. MARGOLIS
Nevada Bar No. 12439
Email: jason@macelaw.com
625 South Sixth Street
Las Vegas, Nevada 89101
Tel: (702) 385-9777
Fax: (702) 385-3001
Attorneys for ALISON MCLEOD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00421-KJD-(PAL) |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE CALENDAR CALL AND TRIAL** |
| ALISON MCLEOD, KEVIN FORREST, and DEBRA MCLEOD | |
| Defendants. | |

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Magistrate Judge Leen granted a Franks Hearing in this case and has scheduled that hearing for April 16, 2013 at 2:00 p.m.;

2. Counsel for both the Defendants and the Government need to continue the Franks hearing until April 30, 2013, due to the inability to coordinate Expert Witnesses availability for all parties by April 16, 2013;

3. Defendants are not currently incarcerated and do not object to the continuance;

4. This continuance is not sought for purposes of delay, but instead to allow for the availability of counsel to prepare properly various expert witnesses. Neither counsel for the Government or the Defendant(s) anticipates filing any additional stipulation(s) in this case;

5. Trial in this matter is currently set for April 22, 2013. Should this Stipulation be granted by the Court, counsel for all parties would require additional time to prepare adequately depending upon the ruling of the Court at the Franks Hearing;

6. Denial of this request could result in a miscarriage of justice and the ends of justice served by granting this request outweigh the best interest of the public and the defendant in a speedy trial. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv);

7. This Stipulation to Continue is made in good faith and with good cause, and not for the purposes of delay.

## CONCLUSIONS OF LAW

Based on the fact that counsel has stipulated to a continuance of the sentencing date, the Court hereby concludes that:

1. The Franks Hearing and Calendar Call, as well as Trial in the above-captioned matter, currently scheduled for April 16, 2013, at the hour of 2:00 p.m., and April 22, 2013 at the hour of 9:00 a.m., should be continued in the interest of all parties.

2. The ends of justice will be served by granting said stipulation for continuation of the Franks Hearing, Calendar Call, and Trial for Defendants.

## ORDER

**IT IS THEREFORE ORDERED** that the time set for the Franks Hearing is hereby continued until May 6, 2013 at 9:30 a.m.

**IT IS THEREFORE ORDERED** that the time set for Calendar Call and Trial of Defendants is hereby vacated and the Trial is continued to: June 17 at 9:00 a.m.
Calendar call is June 4, 2013 at 9:00 a.m.
DATED: 4/15/13

_____
UNITED STATES DISTRICT COURT JUDGE

4