1

2

3

4

5

6

7               **UNITED STATES DISTRICT COURT**

8                     **DISTRICT OF NEVADA**

9

10   UNITED STATES OF AMERICA,

11        Plaintiff,                         Case No. 2:11-CR-00421-KJD-PAL

12   v.                                      **ORDER**

13   KEVIN FOREST, *et al*.,

14        Defendants.

15

16        Presently before the Court is the Government's Motion to Dismiss the Indictment (#103).

17   Having read and considered the motion, and good cause appearing, the motion is **GRANTED** and

18   the Indictment is dismissed as to defendants Kevin Forest, Debra McLeod, and Alison

19   McLeod. See  Fed. R. Crim. P. 48(a).

20   **IT IS SO ORDERED**.

21        DATED this 16TH day of May 2013.

22

23

24   _____

25   Kent J. Dawson
     United States District Judge

26